IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| GUSTAVO CARRANCO<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE BARNHART,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§ CIVIL ACTION L-03-159<br>§<br>§<br>§<br>§ |

## MEMORANDUM

Pending is Plaintiff's Petition for Attorney's Fees. (Doc. No. 23.) On April 14, 2005, Magistrate Judge Notzon issued a Recommendation that Plaintiff's Petition be granted. (Doc. No. 26.) Neither side has responded to the Recommendation. Upon review of the file, the Court concludes that the Recommendation is reasonable, and will be approved with two exceptions.

First, the hourly rate for work performed will be $140.00/hour, the rate that Plaintiff requested in its petition.

Second, the Recommendation incorrectly states the number of hours of work performed to be 26.5 hours (Doc. No. 26, p. 6). The correct figure is 25.5 hours of work performed.[1] (Doc. No.

---

[1] In his Petition, Plaintiff relied on the correct figures of 25.5 hours of work performed, plus 8.5 hours of travel time, yielding a total of 34 hours to be compensated. However, it incorrectly stated the total to be 35 hours. The Magistrate Judge probably relied on this incorrect figure to calculate the hours of work performed to be 26.5 hours (35 - 8.5 = 26.5).

23; Doc. No. 24, Exh. A.)  Thus, Plaintiff should be awarded: 8.5 hours of travel time compensated at $50.00/hour for a total of $425.00, and 25.5 hours of other work preparing this case compensated at $140.00/hour for a total of $3570.00.  The total sum Plaintiff should be awarded is $3995.00.

DONE at Laredo, Texas, this 10th day of May, 2005.

George P. Kazen
United States District Judge